```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA

          CASE NO. 10-60645-CIV-ZLOCH
```

NICOLE A. BERG,

      Plaintiff,                   **FINAL ORDER OF DISMISSAL**

vs.

REGIONAL ADJUSTMENT BUREAU, INC.,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal (DE 43) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Dismissal (DE 43) filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   13th   day of December, 2010.

                                         /s/ William J. Zloch
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

All Counsel of Record